**ORIGINAL FILED**

Robert B. Hawk (SBN 118054)
J. Christopher Mitchell (SBN 215639)
HOGAN & HARTSON, LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
rbhawk@hhlaw.com
jcmitchell@hhlaw.com

Attorneys for Defendants
HUGHES COMMUNICATIONS, INC.
and HUGHES NETWORK SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SCHUMACHER, on behalf of himself and all others similarly situated and the General Public,<br><br>Plaintiffs,<br><br>v.<br><br>HUGHESNET, INC.; HUGHES COMMUNICATIONS, INC.; HUGHES NETWORK SYSTEMS, LLC; and DOES 1 through 20,<br><br>Defendants. | Case No.: 09-cv-3543 JL<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>The Honorable James Larson |

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: 09-CV-3543 JL

1  WHEREAS Plaintiff filed a putative class action complaint against Defendants Hughes Communications, Inc. and Hughes Network Systems, LLC (the "Hughes Defendants") in the Superior Court for the State of California in the County of San Diego on June 9, 2009;

WHEREAS Defendants removed this action (the "Schumacher Action") to the United States District Court for Southern District of California on June 25, 2009;

WHEREAS the parties previously stipulated to an extension of time for Defendants to respond to the Complaint, and a response is currently due on August 12, 2009;

WHEREAS Tina Walter and Christopher Bayless had previously filed a putative class action in the Northern District of California (the "Walter Action", Case No. 09-cv-02136 SC) on May 15, 2009 against the Hughes Defendants, and sent a Waiver of Service of Summons on that same date;

WHEREAS the Walter Action is currently pending before Judge Conti;

WHEREAS Plaintiffs in both the Schumacher Action and the Walter Action assert claims against the Hughes Defendants on behalf of a putative class of California subscribers to the "HughesNet" internet service;

WHEREAS both Complaints assert claims regarding the HughesNet internet speeds, termination fees and other terms and conditions of the HughesNet service;

WHEREAS the two actions raise many of the same or similar issues of fact and law;

WHEREAS the parties to the Schumacher Action agreed, for the foregoing reasons, that litigation of the two actions in separate forums would be inefficient and wasteful, and filed a joint motion to transfer the Schumacher Action to the Northern District of California;

WHEREAS on July 28, 2009 the Court in the Southern District of California granted the joint motion and issued an order transferring the Schumacher Action to the Northern District of California;

WHEREAS the Schumacher Action is now before the Northern District of California as Case No.: 09-cv-3543 JL.

WHEREAS Plaintiffs in the Schumacher and Walter Actions intend to file a single consolidated complaint;

WHEREAS, on August 6, 2009, this Court (Conti, J.) entered an Order in the Walter Action setting September 3, 2009 as the date by which plaintiffs are to file a Consolidated Complaint, and October 5, 2009 as the date by which defendants must answer or otherwise respond to the Consolidated Complaint;

WHEREAS the parties agree that Defendants should not have to answer or otherwise respond to the existing Schumacher Complaint in light of Plaintiffs' intent to file a single consolidated complaint;

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that:

(1)   Defendants need not file a response to the pending Complaint;

(2)   Plaintiffs will file a Consolidated Complaint on or before September 3, 2009; and

(3)   Defendants will answer or otherwise respond to the Consolidated Complaint on or before October 5, 2009.

IT IS SO STIPULATED.

Dated: August 10, 2009

HOGAN & HARTSON LLP

By: _____
Robert B. Hawk
Attorneys for Defendants
HUGHES COMMUNICATIONS, INC. and
HUGHES NETWORK SYSTEMS LLC

Dated: August 10, 2009

AUDET & PARTNERS, LLP

By: _____
Joshua C. Ezrin
Attorneys for Plaintiff
ERIC SCHUMACHER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED

August 12, 2009

By: _____
Magistrate Judge James Larson

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: 09-CV-3543 JL

1. WHEREAS, on August 6, 2009, this Court (Conti, J.) entered an Order in the Walter Action setting September 3, 2009 as the date by which plaintiffs are to file a Consolidated Complaint, and October 5, 2009 as the date by which defendants must answer or otherwise respond to the Consolidated Complaint;

WHEREAS the parties agree that Defendants should not have to answer or otherwise respond to the existing Schumacher Complaint in light of Plaintiffs' intent to file a single consolidated complaint;

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that:

(1) Defendants need not file a response to the pending Complaint;

(2) Plaintiffs will file a Consolidated Complaint on or before September 3, 2009; and

(3) Defendants will answer or otherwise respond to the Consolidated Complaint on or before October 5, 2009.

IT IS SO STIPULATED.

Dated: August 10, 2009          HOGAN & HARTSON LLP

                                By: _____
                                    Robert B. Hawk
                                    Attorneys for Defendants
                                    HUGHES COMMUNICATIONS, INC. and
                                    HUGHES NETWORK SYSTEMS LLC

Dated: August 10, 2009          AUDET & PARTNERS, LLP

                                By: _____
                                    Joshua C. Ezrin
                                    Attorneys for Plaintiff
                                    ERIC SCHUMACHER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED

August __, 2009                 By: _____/s/_____
                                    Magistrate Judge James Larson

JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT;
CASE NO.: 09-CV-3543 JL